BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAFAEL M. GONZALEZ, JR.
FIRST ASSISTANT U.S. ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR 18-0383-S EJL |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 21 U.S.C. § 841(a)(1) and (b)(1)(A) |
| JOEL R. REINOEHL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

The Grand Jury charges:

## COUNT ONE

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1)**

On or about August 28, 2018, in the District of Idaho, the defendant, JOEL R. REINOEHL, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

**INDICTMENT** - 1

## COUNT TWO

### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about August 28, 2018, in the District of Idaho, the defendant, JOEL R. REINOEHL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, unlawful possession of a firearm, entered on or about August 28, 2006, in case number 06-cr-00075-EJL, in the District of Idaho, did knowingly possess in and affecting commerce a firearm, that is, a Phoenix Arms, .22 pistol, model HP22A, bearing serial number 4214632, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATIONS

### Drug Forfeiture
### 21 U.S.C. § 853(a)(1) and (2)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JOEL R. REINOEHL, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offense including but not limited to:

Cash Proceeds: Any and all United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

INDICTMENT - 2

Personal Property: a Phoenix Arms, .22 pistol, model HP22A, bearing serial number 4214632; and various ammunition.

## Firearm Forfeiture
## 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, JOEL R. REINOEHL, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to:

Personal Property:

a. a Phoenix Arms, .22 pistol, model HP22A, bearing serial number 4214632, and

b. various ammunition.

### Substitute Assets as to all Forfeiture Allegations:

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

INDICTMENT - 3

Dated this 12 day of December, 2018.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
RAFAEL M. GONZALEZ, JR.
FIRST ASSISTANT U.S. ATTORNEY

**INDICTMENT** - 4